FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FEB 11 2016

CLERK ... STRICT COURT
SOUTHE... ...CT OF ILLINOIS
BENTON OFFICE

LINDA DUNNAGAN,           )
                          )
          Plaintiff,      )
                          )   Cause No. 3:14-cv-01339-SMY-SCW
v.                        )
                          )
THE MADISON COUNTY        )
TREASURER'S OFFICE and MADISON )
COUNTY, ILLINOIS, *an Illinois* )
*Municipality*,           )
                          )
          Defendants.     )

## JURY VERDICT FORM A

On Plaintiff's discrimination claim against Defendant, we find in favor of Plaintiff and against Defendant.

Presiding Juror: 

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
FEB 11 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

| | |
|---|---|
| LINDA DUNNAGAN, | ) |
| Plaintiff, | ) |
| v. | ) Cause No. 3:14-cv-01339-SMY-SCW |
| THE MADISON COUNTY TREASURER'S OFFICE and MADISON COUNTY, ILLINOIS, *an Illinois Municipality*, | ) |
| Defendants. | ) |

### JURY VERDICT FORM C

If you completed Verdict Form A, you must assess compensatory damages.

We assess compensatory damages in favor of Plaintiff and against Defendant in the amount of $ 450,000.00 .

Presiding Juror: