STIPULATED FACTS

In 2002 plaintiff Dunnagan was assigned the position of Madison County Comptroller in the Madison County Treasurer's Office.

In 2010 Kurt Prenzler won a contested election for the position of Madison County Treasurer.

In late 2011 the Madison County Assistant Comptroller resigned her employment with the Madison County Treasurer's Office.

In December 2011, Kurt Prenzler in his capacity as Madison County Treasurer hired Candance (Candy) Gilstrap as Madison County Assistant Comptroller.

In the late spring of 2012 plaintiff became ill and was for certain periods of time unable to work.

In August 2012 Linda Dunnagan returned to work without restrictions.

In the first week of November 2012 Linda Dunnagan was again hospitalized.

On November 15, 2012 Treasurer Prenzler set up a meeting between Madison County Human Resources Director Chris Sillery, Treasurer Prenzler, Deputy Treasurer Jeremy Plank, and Linda Dunnagan so that Sillery could explain Madison County benefits and procedures to Linda.

On January 3, 2013 Kurt Prenzler presented Linda Dunnagan with a letter on Madison County Treasurer Office letterhead stating that the position of Comptroller with Madison County was being eliminated.

On January 7 or 8, 2013 Linda Dunnagan met with Kurt Prenzler and told Kurt that she felt he was eliminating her job on account of her age and illness. Treasurer Prenzler responded denying that it was on account of her age or illness.

On January 16, 2013, Kurt Prenzler provided Linda Dunnagan with a letter offering plaintiff a newly created position, "Assistant Accounting Manager and Real Estate Manager." The new job moved plaintiff out of her office and would have an annual salary of $35,360 a year.

On February 11, 2013, Treasurer Prenzler gave Linda Dunnagan a letter telling her that her position of Comptroller with the Madison County Treasurer's office would be eliminated on Thursday, February 14, 2013.

On February 12, 2013, Linda Dunnagan presented Treasurer Prenzler with a letter stating that she was reluctantly forced to retire from her position with the Madison County Treasurer's Office effective February 14, 2013.

The parties propose to convey these facts to the jury by the Court will convey these "stipulated" facts to the jury.