### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LINDA DUNNAGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 14-cv-1339-SMY-SCW |
| ) | |
| THE MADISON COUNTY ) | |
| TREASURER'S OFFICE and MADISON ) | |
| COUNTY, ILLINOIS, an Illinois ) | |
| Municipality, ) | |
| ) | |
| Defendants. ) | |

## AMENDED JUDGMENT IN A CIVIL ACTION

This action was tried by a jury with District Judge Staci M. Yandle presiding. The jury has rendered a verdict (Doc. 58), and the Court has ruled on all post-trial motions.

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to the Order entered on July 25, 2016 (Doc. 74), Plaintiff Linda Dunnagan recovers from Defendant the Madison County Treasurer's Office as follows:

| | |
|---|---|
| Compensatory damages in the amount of | $450,000.00 and |
| Back pay in the amount of | $ 80,089.61 |
| For a total of | **$530,089.61.** |

IT IS FURTHER ORDERED AND ADJUDGED that pursuant to 42 U.S.C. § 12205, attorneys' fees and costs for Plaintiff's attorneys Lee W. Barron and William D. Buchanan are awarded as follows:

| | |
|---|---|
| Attorney fees in the amount of | $125,440.00 |
| Costs in the amount of | $   3,368.16 |
| For a total of | **$128,808.16** |

IT IS FUTHER ORDERED AND ADJUDGED that the Madison County Treasurer's Office is enjoined from taking any future actions that would violate the American with Disabilities Act.

**DATED: June 2, 2017**

                                    **JUSTINE FLANAGAN, Acting Clerk of Court**

                                    **By: s/ Stacie Hurst, Deputy Clerk**

**Approved:    s/ Staci M. Yandle**
                    **STACI M. YANDLE**
                    **DISTRICT JUDGE**